IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.

CRIMINAL NO. 19-541(FAB)

SEALED,
Defendants.

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by the undersigned attorneys, and very respectfully states and prays as follows:

1. That attached to this motion is a sealed envelope containing an Indictment.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that the pleading be kept under seal until the arrest of any of the defendants in the instant case.

WHEREFORE, the United States of America respectfully prays the Court to grant this request.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of September 2019.

ROSA EMILIA RODRIGUEZ-VÉLEZ
United States Attorney

Seth A. Erbe
Assistant United States Attorney
U.S.D.C. # 220807
U.S. Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656

*Granted*
USMJ, Marshal
9/3/19