# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**SEALED MINUTE OF PROCEEDINGS**  DATE: September 3, 2019
**U.S. MAGISTRATE JUDGE MARSHAL D. MORGAN**  AUSA Seth Erbe

UNITED STATES OF AMERICA

Plaintiff

v

AHSHA NATEEF TRIBBLE (1),
DONALD KEITH ELLISON (2),
JOVANDA R. PATTERSON (3),
Defendant(s)

Return of
Sealed Indictment by the Grand Jury
Criminal No.  **19-541(FAB)**

Sealed Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to Judge Francisco A. Besosa.

**NEW CASE:**

☐  This Indictment supersedes Criminal Case No. -----.

☐  Defendant(s) has/have appeared in _____. This case having been merged is hereby closed.

☒  Defendant(s) **has/have not** appeared in a magistrate case.

☒  The Court granted the government's motion to seal.

☐  Defendant(s) is/are to remain on same bond.

☐  Defendant(s) is/are under custody.  Marshal to produce defendant(s).

☒  Arrest warrants to be issued.

☐  Defendant(s) _____ Clerk to notify : (      ) Defendant   (     ) Sureties .

**s/ Lotty M. Ortiz-Díaz**
Courtroom Deputy Clerk