## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | CRIMINAL NO: 19-541(FAB) |
| **[1] AHSHA NATEEF TRIBBLE,**<br>**[2] DONALD KEITH ELLISON,**<br>**[3] JOVANDA R. PATTERSON,** | |
| Defendants. | |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **COMES NOW** the United States of America by and through the undersigned attorney and before this Honorable Court very respectfully states and prays as follows:

    In this case, on September 3, 2019 a fifteen count indictment was returned by the grand jury and arrest warrants were issued for Defendants [1] Ahsha Nateef Tribble, [2] Donald Keith Ellison, and [3] Jovanda R. Patterson. On that same date, the Court granted the government's request to seal the indictment until the arrest of any of the defendants. The United States respectfully informs the Honorable Court that in the morning of September 10, 2019, Defendant [1] Ahsha Nateef Tribble was arrested in the continental United States. As such, the indictment is deemed unsealed.

    **WHEREFORE**, the United States respectfully informs this Honorable Court of the foregoing.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this 10th day of September, 2019.

    **CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

*s/Seth A. Erbe*
**SETH A. ERBE**
Assistant United States Attorney
USDC-PR No. 220807

United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
seth.a.erbe@usdoj.gov
Tel. (787) 766-5656