IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:19-cr-541 (FAB) |
| ) | |
| [1]  AHSHA NATEEF TRIBBLE, ) | |
| [2]  DONALD KEITH ELLISON, and ) | |
| [3]  JOVANDA R. PATTERSON, ) | |
| ) | |
| *Defendants*. ) | |

## INFORMATIVE MOTION

Defendant Jovanda R. Patterson, by through counsel, respectfully requests that the Court schedule the upcoming status conference in this matter on October 17 or October 18, 2019.

The undersigned has conferred with counsel for co-defendants Tribble and Ellison and has verified that all defense counsel will be available on those dates. The undersigned has also conferred with counsel for the government, who has confirmed the government's availability on those dates.

Respectfully submitted,

By: _____/s/_____

Timothy D. Belevetz
Ice Miller LLP
20 F Street, N.W., Suite 850
Washington, DC  20001
Tel: (202) 572-1605
timothy.belevetz@icemiller.com

*Counsel for Defendant Jovanda R. Patterson*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of October 2019, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which will notify all counsel of record.

                                                                 /s/
                                        Timothy D. Belevetz
                                        Ice Miller LLP
                                        20 F Street, Suite 850
                                        Washington, DC  20001
                                        Tel:  (202) 572-1605
                                        timothy.belevetz@icemiller.com