IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>[1] AHSHA NATEEF TRIBBLE, ET. AL.,<br><br>[2] DONALD KEITH ELLISON,<br><br>[3] JOVANDA R. PATTERSON, a/ka Jo a/k/a Jojo,<br><br>**Defendants.** | CRIMINAL NO. 19-541 (FAB) |

**BILL OF PARTICULARS**
(Forfeiture)

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2 (a), particularly alleges that the following property is subject to forfeiture on the basis of the Forfeiture Allegations set forth in the Indictment filed in the above-styled criminal case:

1. Real property located at 259 Seahorse Lane, Panama City Beach, FL 32408;

2. Real property located at 553 Wahoo Drive, Panama City Beach, FL 32408; and

3. Real property located at Ellison Farms LLC, 0 Ferrell Tatum Road, LaGrange, GA 30240.

[INTENTIONALLY LEFT IN BLANK]

*Criminal No. 19-541 (FAB)*

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of October 2019.

W. STEPHEN MULDROW
United States Attorney

*s/Seth A. Erbe*
Seth A. Erbe
Assistant United States Attorney
USDC No. 220807
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, PR 00918
Tel. (787) 766-5656
Fax. (787) 766-5398
Email: seth.a.erbe@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of October 2019.

*s/Seth A. Erbe*
Seth A. Erbe
Assistant United States Attorney