UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**[1] Asha Nateef Tribble,**<br>**[2] Donald Keith Ellison,**<br>**[3] Jovanda R. Patterson**<br><br>       **Defendant.** | **CRIMINAL NO. 19-541 (FAB)** |

**REPLY TO GOVERNMENT'S MOTION FOR A
PROTECTIVE ORDER PURSUANT TO RULE 16(d)(1)**

**TO THE HONORABLE COURT**:

Defendant Donald Keith Ellison, through the undersigned attorneys, and in consultation with counsel for defendants Asha Nateef Tribble and Jovanda R. Patterson (collectively, "Defendants"), as well as counsel for the Government, respectfully requests that this Honorable Court grant the Government's Motion for a Protective Order Pursuant to Rule 16(d)(1), F.R.C.P. (Dkt No. 38), as modified in the attached proposed and agreed-upon Protective Order ("Exhibit A"). As stated herein, Exhibit A has been agreed to by counsel for all Defendants and counsel for the Government.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court **GRANT** the Government's Motion for a Protective Order and issue an order in substantially similar form to the proposed protective order attached hereto as Exhibit A.

1

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 15th day of October, 2019.

**MELENDEZ TORRES LAW**

/s/ *Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón (USDC-PR No. 209310)
storres@melendeztorreslaw.com
MCS Plaza, Suite 1200
255 Ponce de Leon Ave.
San Juan, P.R. 00917
Tel: 787-281-8100
Fax: 787-281-8310

**NORTON ROSE FULBRIGHT US LLP**

/s/ *Thomas W. Rinaldi*
Thomas W. Rinaldi (*pro hac vice*)
thomas.rinaldi@nortonrosefulbright.com

William J. Leone (*pro hac vice*)
william.leone@nortonrosefulbright.com

Seth M. Kruglak (*pro hac vice* )
seth.kruglak@nortonrosefulbright.com

1301 Avenue of the Americas
New York, NY 10019
Tel: 212-318-3000
Fax: 212-318-3400

## CERTIFICATION

**IT IS HEREBY CERTIFIED** that on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Thomas W. Rinaldi*
Thomas W. Rinaldi
