```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    **Plaintiff,**

           v.             **Criminal No.** 19-541 (FAB)

AHSHA NATEEF TRIBBLE [1],
DONALD KEITH ELLISON [2],
JOVANDA R. PATTERSON [3],

    **Defendants.**

## ORDER

Before the Court is the "UNITED STATES OF AMERICA'S MOTION FOR LIS PENDENS" (Docket No. 61.)

After having been advised of all the facts, and after due deliberation, the Court ORDERS that the Property Registrar for the pertinent division of the Panama City Beach, Bay County, Florida, Property Registry, record a *lis pendens* on the following real properties:

    a.    All that certain land situated, lying, located and being at 259 Seahorse Lane, Panama City Beach, Bay County, Florida, to wit:

> Real property located at 259 Seashore Lane, Panama City Beach; Record Card 31453-015-000; Venture Out Travel Trail Lots 1 & 2, Blk. 15; Book 4148, page 302; Date: July 19, 2019; Grantee: Kyle R. Rockwell.

Criminal No. 19-541 (FAB)                                                    2

b.  All that certain land situated, lying, located and being at 553 Wahoo Drive, Panama City Beach, Bay County, Florida, to wit:

> Real property located at: 553 Wahoo Drive, Panama City Beach; Record Card 30933-396-000; Bay Point Unit 1, Lot 302; Book 4052, page 422; Date: September 28, 2018; Grantee: Donald Keith Ellison.

The *lis pendens* shall advise the public of the pendency of this criminal case brought by the United States of America against Ahsha Nateef Tribble, *et al.*, and that each property is subject to forfeiture pursuant to Title 18, United States Code, § 981(a)(1)(C), Title 28, United States Code, § 2461(c) and Rule 32.2(a) of the Federal Rule of Criminal Procedure.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 25, 2019.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE