IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

AHSHA NATEEF TRIBBLE [1],
DONALD KEITH ELLISON [2],
JOVANDA R. PATTERSON [3],

**Defendants.**

**Criminal No.** 19-541 (FAB)

ORDER

Before the Court is the "UNITED STATES OF AMERICA'S MOTION FOR LIS PENDENS" (Docket No. 62.)

After having been advised of all the facts, and after due deliberation, the Court ORDERS that the Property Registrar for the pertinent division of the South West Troup, Georgia, Property Registry record a *lis pendens* on the following real property:

a.   All that certain land situated, lying, located and being at Ellison Farms LLC, 0 Ferrell Tatum Road, LaGrange, Troup County, Georgia, to wit:

> Real property located at Ellison Farms LLC, 295 Ferrell Tatum Road, LaGrange, Georgia; parcel Number 0910 000056, Deed Book 1956 110; Plat Book and Page, 34 57; Grantee: Ellison Farms LLC.

The *lis pendens* shall advise the public of the pendency of this criminal case brought by the United States of America against

Criminal No. 19-541 (FAB)                                                         2

Ahsha Nateef Tribble, *et al.*, and that the property is subject to forfeiture pursuant to Title 18, United States Code, § 981(a)(1)(C), Title 28, United States Code, § 2461(c) and Rule 32.2(a) of the Federal Rule of Criminal Procedure.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 25, 2019.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE