# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] Ahsha Nateef Tribble,<br>[2] Donald Keith Ellison,<br>[3] Jovanda R. Patterson<br><br><br>Defendant. | CRIMINAL NO. 19-541 (FAB) |

## INFORMATIVE MOTION TO RESET STATUS CONFERENCE

**TO THE HONORABLE COURT**:

Defendant Donald Keith Ellison, by and through the undersigned attorneys, and in consultation with counsel for Defendants Ahsha Nateef Tribble and Jovanda R. Patterson (collectively, "Defendants"), before this Honorable Court, respectfully requests that the Court reset the upcoming status conference presently scheduled for Friday, January 10, 2020, in light of the recent earthquake, tremors, and power-loss, and the uncertainty they have caused.

Notice from the Clerk (No. 20-02) states that "[d]ue to the uncertain situation of the power grid and its impact on building operations," the United States District Court for the District of Puerto Rico remains closed for regular business as of Wednesday, January 8, 2020." Similarly, the Court was closed on Tuesday, January 7, 2020 (No. 20-01). On Wednesday, January 8, 2020, Governor Wanda Vásquez urged citizens to stay

home in order to "avoid chaos." (*see* Edmy Ayala and Frances Robles, *Power Outage Affects Two-Thirds of Puerto Rico After Earthquake*, N.Y. TIMES, Jan. 8, 2020, https://www.nytimes.com/2020/01/08/us/puerto-rico-earthquake.html).

Each of the defendants has counsel that resides and works outside of the Commonwealth of Puerto Rico. Due to flight schedules, counsel would have to leave the mainland tomorrow morning, before finding out if Court is open on Friday, January 10, 2020. Hotels (some running on generators) and airlines have indicated that they would be providing "cancellation waivers" so that no cancellation fees apply in light of the major incident.

In the event this Honorable Court be open on Friday, January 10, 2020, local counsel for defendants Tribble and Ellison can appear in person, with out-of-the Commonwealth counsel appearing by phone if so desired, to reset an appropriate date for the status conference.[1]

**WHEREFORE**, Defendant respectfully requests that this Honorable Court **GRANT** the Defendant's motion to continue the upcoming status conference in this matter and to schedule a teleconference to select a new date on which the Parties and the Court will be available for the same.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 8th day of January, 2020.

---

[1] Local counsel for defendant Patterson will not be available that day.

2

**NORTON ROSE FULBRIGHT US LLP**

/s/   *Thomas W. Rinaldi*
Thomas W. Rinaldi (*pro hac vice*)
thomas.rinaldi@nortonrosefulbright.com

William J. Leone (*pro hac vice*)
william.leone@nortonrosefulbright.com

Seth M. Kruglak (*pro hac vice* )
seth.kruglak@nortonrosefulbright.com

1301 Avenue of the Americas
New York, NY 10019
Tel: 212-318-3000
Fax: 212-318-3400

**MELENDEZ TORRES LAW**

Sonia I. Torres-Pabón (USDC-PR No. 209310)
storres@melendeztorreslaw.com
MCS Plaza, Suite 1200
255 Ponce de Leon Ave.
San Juan, P.R. 00917
Tel: 787-281-8100
Fax: 787-281-8310

## CERTIFICATION

**IT IS HEREBY CERTIFIED** that on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/   *Thomas W. Rinaldi*
Thomas W. Rinaldi

3