## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cr-541-FAB |
| | ) | |
| [1]  AHSHA NATEEF TRIBBLE, | ) | |
| [2]  DONALD KEITH ELLISON, and | ) | |
| [3]  JOVANDA R. PATTERSON, | ) | |
| | ) | |
| *Defendants*. | ) | |

## UNOPPOSED *NUNC PRO TUNC* MOTION
## TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Jovanda R. Patterson ("Ms. Patterson") hereby respectfully submits this unopposed *Nunc Pro Tunc* Motion to Modify Conditions of Pretrial Release under 18 U.S.C. § 3142(c)(3). Specifically, Ms. Patterson requests permission to travel to the state of California for purposes of visiting her terminally ill father. A memorandum in support of this motion is attached hereto.

        /s/
José R. Aguayo, Esq.
USDC-PR # 123301
Jose R. Aguayo Law Office
569 Tn. Cesar González St.
San Juan, PR  00918
Tel: (787) 765-0814
joseraguayo@gmail.com

Timothy D. Belevetz, *pro hac vice*
Ice Miller LLP
20 F Street, N.W., Suite 850
Washington, DC  20001
Tel: (202) 572-1605
timothy.belevetz@icemiller.com

Kristina S. Dahmann, *pro hac vice*
Ice Miller LLP
250 West Street
Columbus, OH  43215
Tel: (614) 462-2220
kristina.dahmann@icemiller.com

*Counsel for Defendant Jovanda Patterson*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed and notice has been given to all counsel of record via this Court's CM/ECF system, this 14th day of January, 2020.

/s/
José R. Aguayo, Esq.
USDC-PR # 123301
Jose R. Aguayo Law Office
569 Tn. Cesar González St.
San Juan, PR  00918
Tel: (787) 765-0814
joseraguayo@gmail.com