# EXHIBIT A



400 W. Mineral King  |  Visalia, CA 93277  |  559-624-2000

January 9, 2020

**Regarding: Jovanda Patterson/daughter**

To Whom It May Concern:

This letter is to inform you, that the aforementioned father/Johnnie Patterson is hospitalized at Kaweah Delta Medical Center in Visalia, California. Patient admitted on January 7, 2020 and discharge is uncertain at this time. It is the hope of this hospital that you support patient and family during this difficult time.

If you have any questions, feel free to contact this social worker assistant, Patricia Lizardo, at Kaweah Delta Medical Center, (559) 624-2506. Thank you for any accommodations your agency can provide to this patient.

Sincerely,

Patricia Lizardo
Patient Family Services
Kaweah Delta Medical Center