# EXHIBIT B

| | |
|---|---|
| **From:** | Erbe, Seth A. (USAPR) <Seth.A.Erbe@usdoj.gov> |
| **Sent:** | Monday, January 13, 2020 7:37 AM |
| **To:** | Dahmann, Kristina; joseph.kenney@oig.dhs.gov |
| **Cc:** | Belevetz, Timothy; Janise Patterson |
| **Subject:** | [EXT] RE: Jovanda Patterson |

**EXTERNAL EMAIL**

Kristina,
Thank you for the notice. I don't have any objection to the emergency travel. Please make sure to coordinate everything with Probation.
Regards,
Seth


Seth A. Erbe
Assistant U.S. Attorney
United States Attorney's Office | District of Puerto Rico
Torre Chardón, Suite 1201 | 350 Chardón Avenue
San Juan, Puerto Rico 00918
Tel: (787) 282-1840
seth.a.erbe@usdoj.gov
www.justice.gov/usao/pr/

Please be advised that all emails sent to this address or voicemails left at this number may be archived and retained by the United States Department of Justice.

-----Original Message-----
From: Kristina.Dahmann@icemiller.com <Kristina.Dahmann@icemiller.com>
Sent: Saturday, January 11, 2020 3:03 PM
To: Erbe, Seth A. (USAPR) <SErbe@usa.doj.gov>; joseph.kenney@oig.dhs.gov
Cc: Timothy.Belevetz@icemiller.com; Janise Patterson <Janise_Patterson@ganp.uscourts.gov>
Subject: Jovanda Patterson

Seth,

As Agent Kenney is aware, and per our recent voicemail and e-mail to Officer Patterson, Jovanda's father's health has greatly deteriorated over the last few weeks including a terminal diagnosis and advancing liver cancer and pancreatic cancer, and just this morning Jovanda received word that it has taken a turn for the worst. As you can imagine, Jovanda desires to be with her father at this time, as he may pass this weekend. He is currently hospitalized in Visalia, California, and her family lives in Tulare, California. As such, we reached out to Officer Patterson and contacted Agent Kenney to seek emergency permission for Jovanda to travel to California. We were able to speak with Agent Kenney and he said it would be okay for her to fly out immediately. We will relay Jovanda's flight information to Officer Patterson as soon as possible and are available on our cell phones this weekend. Tim's cell phone is: 703███████ and my cell phone is: 571███████

1

Thanks,
Kristina


*********************************************************************************
******************************************************************

CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
*********************************************************************************
******************************************************************

-----Original Message-----  
From: Janise Patterson [mailto:Janise_Patterson@ganp.uscourts.gov]  
Sent: Monday, January 13, 2020 8:17 AM  
To: Belevetz, Timothy  
Subject: RE: [EXT] Travel Request

**EXTERNAL EMAIL**

I see Jovanda was able to get permission for travel.

Janise Patterson  
United States Probation Officer  
Northern District of Georgia  
18 Greenville Street  
Newnan, GA 30263  
678-854-2944 office

-----Original Message-----  
From: Timothy.Belevetz@icemiller.com <Timothy.Belevetz@icemiller.com>  
Sent: Saturday, January 11, 2020 1:20 PM  
To: Janise Patterson <Janise_Patterson@ganp.uscourts.gov>  
Cc: Kristina.Dahmann@icemiller.com  
Subject: Re: [EXT] Travel Request

Officer Patterson - As a follow-up to the voicemail message I left for you a few minutes ago, would you please call me.

Thanks,  
Tim

Timothy D. Belevetz  
Ice Miller LLP  
Cell: (703) ███-████

Sent from my iPhone

On Jan 10, 2020, at 10:13 AM, Jovanda Patterson <███████████████████om<mailto:███████████████████>> wrote:

**EXTERNAL EMAIL**
_____

Mr. Belevetz I've added Mrs. Patterson my P.O. to this email as I am requesting to travel to see my father in the hospital. Mrs. Patterson recurved the letter from the hospital but in ordered for me to travel I require the judge's permission. My travel stares i am allowed allowed to travel for work or between Puerto Rico & GA.  
*****************************************************************************  
*************************************************************************

CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
*******************************************************************************
******************************************************************john