```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    **Plaintiff,**

        **v.**     **Criminal No.** 19-541 (FAB)

JOVANDA R. PATTERSON [3],

    **Defendant.**

## ORDER GRANTING UNOPPOSED *NUNC PRO TUNC* MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Jovanda R. Patterson's "UNOPPOSED *NUNC PRO TUNC* MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE" (Docket No. 81) is **GRANTED**.

Pursuant to 18 U.S.C. § 3142(c)(3), the terms of defendant Jovanda R. Patterson's pretrial release are modified to include travel to the state of California for the limited purpose of visiting her father during his illness.

The probation officer will determine the dates of Ms. Patterson's travel and visits, which dates will be liberally approved.

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, January 15, 2020.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      UNITED STATES DISTRICT JUDGE