IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>[3]  JOVANDA R. PATTERSON,   )<br>)<br>*Defendant*.        ) | Case No. 3:19-cr-541 (FAB) |

## **MOTION FOR CHANGE OF PLEA HEARING**

COMES NOW Defendant Jovanda R. Patterson, by and through undersigned counsel, and respectfully requests as follows:

After having reviewed the discovery provided by the government, Defendant gives notice that she will plead guilty to Count 13 of the indictment pursuant to a plea agreement with the government.

Wherefore, it is respectfully requested that this Honorable Court schedule a change of plea hearing.  Defendant and the government have conferred with regard to potential dates and would propose March 9, 10, or 11.

Respectfully submitted in San Juan, Puerto Rico on February 26, 2020.

/s/ Timothy D. Belevetz
Timothy D. Belevetz
Ice Miller LLP
20 F Street, N.W., Suite 850
Washington, DC  20001
Tel: (202) 572-1605
timothy.belevetz@icemiller.com
Admitted *pro hac vice*

/s/ José R. Aguayo Caussade
José R. Aguayo Caussade
José R. Aguayo Law Office
569 Tn. Cesar Gonzalez Street
San Juan, PR  00918
Tel:  (787) 765-0814
joseraguayo@gmail.com
USDC-PR Bar No. 123301

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of February 2020, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which will notify all counsel of record.

                                                                                 /s/
                                          Timothy D. Belevetz
                                          Ice Miller LLP
                                          20 F Street, Suite 850
                                          Washington, DC  20001
                                          Tel:  (202) 572-1605
                                          timothy.belevetz@icemiller.com