IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:19-cr-541 (FAB) |
| ) | |
| [3]  JOVANDA R. PATTERSON, ) | |
| ) | |
| *Defendant*. ) | |

**NOTICE OF DEFENDANT'S CONSENT TO APPEAR
AT SENTENCING HEARING BY VIDEOCONFERENCE**

Defendant Jovanda R. Patterson, through counsel, hereby notifies the Court that she knowingly waives her right under Fed. R. Crim. P. 43(a) to be physically present during the sentencing hearing in this matter and consents to appear by videoconference.

Respectfully submitted in San Juan, Puerto Rico on June 9, 2020.


　　　　　　　　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　
Timothy D. Belevetz
Ice Miller LLP
20 F Street, N.W., Suite 850
Washington, DC  20001
Tel: (202) 572-1605
timothy.belevetz@icemiller.com
Admitted *pro hac vice*

José R. Aguayo Caussade
José R. Aguayo Law Office
569 Tn. Cesar Gonzalez Street
San Juan, PR  00918
Tel:  (787) 765-0814
joseraguayo@gmail.com
USDC-PR Bar No. 123301

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2020, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which will notify all counsel of record.

/s/
Timothy D. Belevetz
Ice Miller LLP
20 F Street, N.W., Suite 850
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com