# EXHIBIT 1

# Claudia Glasgow Letter

To:

The Honorable Francisco A. Besosa U.S. District Judge United States District Court
150 Avenida Carlos Chardon San Juan, PR 00918

FROM:

Claudia Glasgow, Vocational Rehabilitation & Counseling, VRT/Oakland Work-Study Liaison .

SUBJECT:

Jovanda Patterson

Honorable Judge Francisco A. Besosa,

Thank you for the honor to provide my personal experience as it relates to Ms. Jovanda
Patterson's character and professional performance.

As the primary Liaison for Oakland Work-Study program under the Vocational Rehabilitation &
Counseling program I had the opportunity to work firsthand with Ms. Patterson. She came on
board in the Veterans Affairs office in May of 2012 and exceeded every expectation set before
her.

As a work study Ms. Patterson possessed an incomparable work ethic and exemplified sheer
compassion to every one she came across no matter their stature or title. The compassion she has
for people is beyond her years with serving the public. Ms. Patterson served in several capacities
throughout the office and never complained or lacked job quality. As her supervisor on several
occasions the counselors spoke with me in regard to her work and requested her back. Everyday
she provided a level of energy, enthusiasm, diligence, creativity and engagement. When
confronted with challenges and/or obstacles, she handled them with maturity and a positive
attitude. As a testament of character upon completion of her contract due to short manning, Ms.
Patterson stayed on board to help out as a non-paid intern.

Ms. Patterson has proven herself to be of high moral character and routed in integrity. She is
committed to the high achievement of not only herself, but everyone around her. Demonstrating
not only her care for people but the qualities of a strong effective leader. As a work-study she
was frequently called on to help Veterans of all ages and never walked away from the
opportunity to educate herself to future the lives of those around her. She is not only true to her
character but true to the lives of every person she has come in contact with. I've watched her
sacrifice her time, energy, and love to help strangers in need and with that it has been my
pleasure and my honor to watch the woman before me become who she is today. Her resilience
is what has brought her this far and it has not been by chance.

I have full confidence and trust in Ms. Patterson. Ms. Patterson is compassionate, a true professional and one who given the opportunity will rise above anything set before her. To me and so many others her integrity has always been without question. Sir, it is for these reasons, I respectfully request you to examine all the contributing facts and show grace, mercy and your leniency upon Ms. Patterson.


Sincerely,


Claudia Glasgow
███████████@yahoo.com
(510) ███████

# Nathaniel H. & Diana Hairston Letter

*April 13, 2020*

To: *The Honorable Francisco A. Besosa*
*U.S. District Judge*
*United States District Court*
*150 Avenida Carlos Chardon*
*San Juan, PR 00918*

Re: *Jovanda Rae Patterson*

*Good Morning/Evening, my name is Nathaniel H. Hairston and I have the great honor of being a Character Witness for Jovanda Rae Patterson.*

*Jovanda has been in my life since 2002, upon my coming to this valley to serve as Senior Pastor of the First Baptist Church in Pixley, California. That being said, my wife, Diana has known Jovanda since birth, as well as knowing the Patterson family. My wife's insight of Jovanda's coming up from childhood to adulthood, I'll let her speak on now, then we'll come back and speak to you as Pastor and 1st Lady and as a couple knowing her outside of the church building.*

*My name is Diana Hairston and as my husband said I've known Jovanda since the beginning. Growing up Jovanda has always been Jovanda, which is a great thing to me, since you never have to wonder who's coming into your presence. When you see Jovanda, you get Jovanda, which is very refreshing as we have so many in this world who feel they can't be themselves and still achieve their goals in life. Her character is such that it would only enhance those goals she seeks. First, she comes from a religious background from generations back, which was instilled in her. Secondly, coming from a close-knit family, she knows the value of family. We're talking about a young lady who loves with her whole heart whether family or friend, she's one who treats others as she desires to be treated. She has leadership qualities within her but has the humility to respect and follow the leadership of others. I've seen firsthand as one of the Youth Director's in our church, all these characteristics in her.*

*As you can probably tell, our love for Jovanda runs deep. Oh, I'm sure or rather know, she has faults and falls short of some things, but don't we all? Romans 3:23 states, "For all have sinned and fall short of the Glory of God", however she doesn't allow these things to hinder her from doing the things that must be done. It's not that she doesn't feel pain, suffer from worry or the other trials and tribulations we all face at some time or other, but her faith lets her know God will take care of her, therefore she says, "I can cry later but right now there's work to be done."*

*I could go on and on, and you're probably thinking you already have, but the place this young lady has in our hearts is overwhelming, however, if you have a few more minutes, please allow my husband to come and speak his thoughts on Jovanda. I do appreciate the time you've taken to hear my thoughts on Ms. Jovanda R. Patterson.*

*Pastor Nathaniel H. Hairston coming to you once again:*

*Jovanda has been a member; as a matter of fact she was raised in First Baptist. She has proven herself to me to be that person she claims to be, a Child of the Most High God. She's been very helpful in working in the church in any capacity necessary. I am told that as a youngster, she was involved in Sunday School, Youth Group, Youth Choir, The Praise Dance Team and Steppers for Christ (Christian Drill Team). Knowing the kind of young woman she is today and her willingness to help spiritually, physically or financially, leaves me no choice than to believe what I've been told. The qualities she displays, I believe are inbred in her. Every single time I've been in her presence, she has been the same Jovanda time and time again. I've seen her eagerness in learning more and more the Word of God. I've seen her seeking that closer relationship with him. We know that no matter how much we think we know, there's always more to learn. Her attitude of not being satisfied with right now but desiring more, I feel is not only great for our spiritual walk and work but also for our physical as well. I say this with this thinking in mind and belief in my heart, that person will never become stagnant or satisfied with just being the norm or just doing the job at hand but will always believe, I'm more than this, I could have done a better job and therefore strive with each assignment to do better than before and with each new dawning, strive to be better today than they were on yesterday.*

*I pray we have shown you those qualities in Ms. Patterson that we've seen, and pray that you too can come to know her, for only then will you know the person we know and the asset she can be. Thank You, Judge Besosa, for taking the time to let us speak our truth.*

Sincerely,

*Pastor Nathaniel and Lady Diana Hairston*

# Maurice Moore Letter

**From:** Maurice Moore

██████████

Oakley, CA, 94561

(510)██████████

**Date**: 04-10-2020

**To**: The Honorable Francisco A. Besosa

U.S. District Judge

United States District Court

150 Avenida Carlos Chardon

San Juan, PR 00918

**Subject**: Character Reference Letter for Jovanda R. Patterson

Dear Judge Besosa,

I am writing this letter on behalf of Jovanda R. Patterson. Jovanda and I have shared a close bond of a friendship for more than 5 years now. I met Jovanda in January 2015, while working for the Department of Homeland Security (FEMA). When I first started working with Jovanda, she was one of the few people who embraced me right away and made me feel part of a team. I started to rely on Jovanda for everything in my daily life, from an ear to vent to, A lunch buddy, someone to just escape the daily work to give me a good laugh. People like Jovanda are one in a million and I really hate she is in the situation.

I had an instant connection with Jovanda, because we came from similar backgrounds and faith in the things we believe. I am not a very trusting person when it comes to people, but I trust Jovanda with my life and I have so much faith in her that I would make her the Godmother of my children when I become a father. In our friendship, Jovanda has always proven to be honest, trustworthy and loyal.

Jovanda has always been a very reliable and responsible person who has always been very focused on task at hand. Jovanda is well-respected as a Daughter/Sibling/Aunt/Best Friend. Jovanda is the type of person who has dedicated countless hours of her time helping others. She is a person who I've always been willing to confide in and she is the type of person that would give you the shirt off her back. I've always admired the love she has for her family and how much she is the rock of her family. I've always had to lecture Jovanda about always being there for others and never letting others be there for her. So, writing this letter, I'm honored to be able to write this letter for my friend.

Thanks for taking the time and consideration in reading this letter.

Respectfully,

Maurice Moore

# Courtney K. Newsome Letter

**Courtney K. Newsome**

███████████

APO, AE 09060

Phone: 409-█████

▸ **The Honorable Francisco A. Besosa**
**U.S. District Judge**
**United States District Court**
**150 Avenida Carlos Chardon**
**San Juan, PR 00918**

Dear Judge Besosa,

My name is MSgt Courtney K. Newsome, I have been in the United States Air Force on active duty for 20 years currently serving as the Postal Detachment Superintendent in Frankfurt, Germany.

I am writing on behalf of Jovanda R. Patterson, I first met SSgt Patterson in November 2006 at Osan Air Base, South Korea. We were both assigned to the Wing Operations Center, I had the opportunity to get to know SSgt Patterson professionally. SSgt Patterson was our go-to NCO for training, she dedicated her time to ensuring we were properly trained and could carry out the Air Forces mission in safely and timely fashion.

She consistently demonstrated an ethical and professional work behavior throughout the entire duration of my time spent working with her. There is a high degree of competence, integrity and initiative expected of someone working in her position. SSgt Patterson completed assigned tasks and proved to be an exemplary example.

I was drawn to her by her compassion and reliability when it came to others. SSgt Patterson led by example, she showed me the importance of giving back to the community and being a positive ambassador for the Air Force. SSgt Patterson would gather a group of us to volunteer our off duty time for different events that were going on and around base. We spent time at a local orphanage interacting with the kids, teaching English, reading books and playing games. She organized two burger burns to raise money for the Air Force Ball which offset the price for members who were lower ranking.

Jovanda is, in short, a good person. She has always been kind and generous with others. Our professional relationship evolved to the point that I now consider Jovanda a great friend and mentor.

Thank you,

**Courtney K. Newsome**
4/21/2020

# Elorise Perry Patterson Letter

Elorise Perry Patterson

Tulare, CA 93274

April 17, 2020

The Honorable Judge Francisco A. Besosa, U.S. District Judge
District Court
San Juan, Puerto Rico

Your Honor,

My name is Elorise Perry Patterson and I am Jovanda Patterson's mother. Therefore, it
gives me great pleasure to be able to write this letter on behalf of the character of my
daughter. Even as a young child Jovanda has always been bright and very driven. She
was always helpful, respectful and always took initiative of the role of a leader. Jovanda
was an honor student and she took great pride in reaching her goals. She even went
abroad as an exchange student in Germany and participated in the youth group at the
First Baptist Church. She enlisted in the United States Air Force and served as Staff
Sergeant and served two tours in Iraq before being medically discharged. She then
completed her Associate's Degree, Bachelor's Degree and Master's Degree. She
earned a position at FEMA, where she led the organization of several teams, before her
last position.

In all my years with Jovanda I have never known her to compromise her integrity for
anything. These recent events have brought her a great deal of stress and heartache. I
believe that this experience has caused her to proceed cautiously, in order to make
better decisions going forward.

On behalf of me and her late father, I would like to say that we have raised her to be a
God-fearing woman. We taught her to always show kindness, generosity and to believe
the best in others. She has recently become more active in her church and grown
stronger in her faith. And I believe that she will continue to be a great asset to her
community and everyone around her.

Yours faithfully,

Elorise Perry Patterson

# Timothy J. Scranton Letter

| To: | The Honorable Francisco A. Besosa |
| --- | --- |
| | U.S. District Judge |
| | United States District Court |
| | 150 Avenida Carlos Chardon |
| | San Juan, PR 00918 |
| | |
| **FROM:** | Timothy J. Scranton |
| | Federal Coordinating Officer (Retired) |
| | DHS/FEMA, Washington D.C. |
| | |
| | Fire Chief (Retired) |
| | City of Beverly Hills, CA |
| | |
| **SUBJECT:** | Jovanda Patterson |

Honorable Judge Francisco A. Besosa,

Thank you for the opportunity to provide my personal experience as it relates to Ms. Jovanda Patterson's character and professional performance.

The position I held prior to retirement was a Federal Coordinating Officer (FCO) for the Department of Homeland Security/Federal Emergency Management Agency (FEMA). My responsibilities, in short, were the direct representative for the President of the United States during a declared major disaster. A role I held for six and a half years. Prior to being an FCO, I served in the fire service for 30 years and retired as the Fire Chief for the City of Beverly Hills, California.

The first major disaster deployment that I had direct interaction with Ms. Patterson was the California floods of 2017. She was sent to be my Executive Specialist by the FEMA Regional office. Since she was not qualified for the position, a Coach /Mentor (C/M) was deployed with her for a short duration. After a few days the C/M came to me and stated Ms. Patterson was working well below her abilities and capacity. She strongly recommended a higher level of responsibility such as a Chief of Staff. Due to Ms. Patterson's education, knowledge, abilities, and integrity, I agreed and moved her to the Command Staff level of management as the Chief of Staff.

As the Chief of Staff, Ms. Patterson continued to exceed performance standards in every respect. She was assigned to advise the Joint Field Office (JFO) senior leadership and direct the staff of roughly 400 personnel. She excelled by communicating effectively with all stakeholders internally and externally. Her abilities were unsurpassed in that she rapidly established working relationships with the JFO staff, state, and other federal agencies. Most noteworthy was her leadership and unrelenting drive that created a high-performance staff. She strongly reinforced the necessity for dignity and respect for all personnel in addition to personal accountability of staff actions. She performed her duties admirably.

My next direct interaction with Ms Patterson was in Puerto Rico. She was assigned to the disaster's Chief of Staff's Office when I arrived then transferred to my newly created team. I was placed in charge

of the Municipalities Sector and held responsibility for managing recovery for anything owned or maintained by a municipality. Our staff was roughly 300. I placed Ms. Patterson as my "Special Assistant." She was essentially performing the duties of a Chief of Staff specific to the Municipalities Sector.

Ms. Patterson has a reputation of not only strength to deal with complex and sensitive issues but also one of deep compassion and fairness. I know Jovanda spent many days of her off duty personal time meritoriously interacting with the families who suffered death and tragic events from the hurricanes. She purchased flowers and gifts with her personal funds to demonstrate her care for those in time of suffering and pain. She paid for hotel stays for locally hired staff whose homes were uninhabitable. She also purchased goods and supplies in San Juan and drove out to the remote areas and gave it away just to help others in need. All of which she kept private.

I genuinely doubt most people are aware of her kindheartedness because of her humility. Over time I came to know of Jovanda's deep and intense faith in God. I know her good deeds were driven by her kind heart and for no other reason. Unfortunately, I have witnessed the deep personal sorrow that events over the last few years have caused her. Although she presents herself as a strong retired military person she is a soft and caring individual who truly provides and believes in service above self.

I have personally seen Jovanda build and maintain a positive atmosphere by demonstrating confidence and constructive collaboration. She has a natural tendency to form a trusting cooperative climate by treating everyone fairly, professionally, and by demonstrating behavior that shows respect, dignity, and consideration of individual differences. She is always willing to lend assistance and is proactive in recognizing when help is needed by others. She also furthers the progress and advancement of others by mentoring and encouraging them to take advantage of opportunities and available programs.

In my opinion, FEMA as an agency, does not adhere to the ethos of personal accountability for its staff. It is a cliquish organization comprised of exclusive groups not so welcoming of others. Jovanda, on the other hand, proclaims, demonstrates, and requires personnel to be held to the work force policies which at times caused conflict. However, she never wavered. I never saw her position on the matters to be other than accurate, for the right reasons, and to accomplish the mission. In my experience, Ms. Patterson's intentions were always to meet the needs of the survivors and keep the mission driving towards success.

I have full confidence and trust in Ms Patterson. She is capable, responsible, compassionate and a true professional with unquestionable integrity. Sir, it is for these reasons, I respectfully request your examination of all the contributing facts as well as your grace and leniency.

Sincerely,

Timothy J. Scranton

# Clara Young Letter

Hon. Francisco A. Besosa.

US District Judge

United States District Court

158 Avenida Carlos Chardon

San Juan, PR  00918


Your Honor,


My name is Ms. Clara Young,  I am Jovanda Patterson's aunt. Therefore I have known her all of her life so I do believe that I can precisely and objectively with a True Heart write this letter character


There are so many things that I could talk about concerning Jovanda. The first comes to me while she was in high school.  She wanted to make a difference and have a voice for her student body so that every voice and concern would be heard, so she involved herself in the ASB Associated student body serving as vice president all four years and also a member of the debate team. If there were times some of her classmates could not attend a council meeting Jovanda would make sure she would call them personally or meet with them at school on her own time to keep them informed of what was going on in their school. She never asked for anything in return.  She would continue this all four years of high school.  If there was a classmate, friend or family that didn't have any food or money for lunch although she did not have a lot herself she would share her lunch and even asked me if she could babysit or clean in my house to earn extra money to have on hand for her friends family and classmates. It was about that time I knew Jovanda had a sincere heart and true integrity.


Jovanda was always truthful even as a little girl.  If you were to ask her if she did something she would always tell the truth even if it meant she would probably get in hot water herself.  That's another reason why I loved her to babysit my children.  She would always make sure the rules that I gave her for my children would be followed to the exact letter of what I said, and she also encouraged them to follow their heart and make sure to help and put others first because people will always remember your kindness and willingness to put others first.

Jovanda has grown into the wonderful hard-working sincere woman that we are all very proud of. Jovanda continues to put her family and God first. She always calls me to make sure that me and my family are doing good and to see if there is anything she could do for us. Even the smallest thing is important to her. She would talk about how she loved her life, and it always included something that she had done for someone whether in charity or praying for someone expecting nothing in return, just the love of her family.

Like I said in the beginning of this letter there are a lot of other things that I could say about this loving, incredible, responsible and selfless woman but I would be writing all afternoon. Even if I were not related or a part of Jovanda's family I would still speak the same things about her for it is the absolute truth. She has put a lot into her life, always making sure all that she did would show her true Integrity, honesty and love for people and herself.

Thank you, your Honor.

Sincerely,

Clara Young